IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SANDRA CULLIVER, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 11-00257-KD-N |
| | ) |
| VOLUNTEERS OF AMERICA | ) |
| SOUTHEAST, INC., | ) |
|     Defendant. | ) |

## JUDGMENT

In accordance with the order entered this date (Doc. 57) granting Defendant's motion for summary judgment (Doc. 37), it is hereby **ORDERED, ADJUDGED** and **DECREED** that the claims of Plaintiff Sandra Culliver against Defendant Volunteers of America Southeast, Inc. are **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the **24th** day of **August 2012**.

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**