IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SANDRA CULLIVER, </br>    Plaintiff, | ) </br> ) </br> ) |
| v. | ) CIVIL ACTION NO. 11-00257-KD-N </br> ) |
| VOLUNTEERS OF AMERICA </br> SOUTHEAST, INC., </br>    Defendant. | ) </br> ) </br> ) |

## JUDGMENT

In accordance with the order entered this date (Doc. 57) granting Defendant's motion for summary judgment (Doc. 37), it is hereby **ORDERED, ADJUDGED** and **DECREED** that the claims of Plaintiff Sandra Culliver against Defendant Volunteers of America Southeast, Inc. are **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the **24**th day of **August 2012**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**